```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Case No. 1-15-42036-nhl

SBTICKETS.COM  LLC,                                             CHAPTER 11

Debtor.
------------------------------------------------------------X
```

### DECLARATION OF MARK E. COHEN, ESQ. IN SUPPORT OF SCHEDULING A HEARING ON THE MOTION FOR ORDER GRANTING THE DEBTOR LEAVE TO RETURN TICKET DEPOSITS

I, MARK E. COHEN, ESQ., hereby declare pursuant to 28 U.S.C. § 1746 as follows:

I am the attorney for the Chapter 11 debtor, SBTICKETS.COM LLC, and I am submitting this declaration in support as required by Bankruptcy Rule 9011.

I submit this Declaration based on personal knowledge, except where otherwise indicated, in support of scheduling a hearing on shortened notice with respect to the Motion for Order granting the Debtor leave to return ticket deposits.

The Debtor is engaged principally in the business of hospitality and ticket broker services primarily for the Super Bowl and its attendant events.

This Chapter 11 case was filed on May 1, 2015.  Prior to that date, the Debtor had accepted orders from twelve (12) customers for ticket orders for the 2016 Super Bowl.  These twelve (12) customers were listed in the Debtor's Schedule E, and are the only creditors listed in the Schedule E.

The Debtor respectfully submits that expedited consideration of the Motion is necessary and appropriate so that the ticket deposits presently held by the Debtor can be returned to these twelve (12) customers, thereby granting them time to either seek alternate sources for their 2016 Super Bowl tickets or otherwise so that these twelve (12) customers do not make any

reservations or plans to attend the 2016 Super Bowl, which is presently scheduled for February 7, 2016 in Santa Clara, California. Absent an expedited hearing on this motion, valuable time will be lost to these twelve (12) customers.

The Debtor proposes that the Motion be heard as soon as possible before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in Room 2529 of the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 (the "Hearing").  It is important to note that the filing of this motion by Order to Show Cause was discussed at the status conference held in this Chapter 11 case on October 28, 2015 as being in the best interests of all parties.

In conjunction with the Motion, the Debtor requests that any deadlines and notice periods established by the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Eastern District of New York, to the extent applicable, be modified and suspended to the extent necessary to hear and determine the Motion at the Hearing.

No previous request for the relief sought in the Motion has been made to this or any other Court.

Executed this 29th day of October, 2015 at Forest Hills, New York.

Dated: Forest Hills, New York
October 29, 2015

                                  s/Mark E. Cohen, Esq.
                                  MARK E. COHEN, ESQ. [MEC-7326]
                                  Attorney for Chapter 11 Debtor
                                  108-18 Queens Boulevard, 4th Floor, Suite 3
                                  Forest Hills, New York 11375
                                  Telephone: (718) 258-1500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                 Case No. 8-12-72524-AST

SBTICKETS.COM LLC                                      CHAPTER 11

Debtor.
-----------------------------------------------------------X

**ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING
TO CONSIDER THE MOTION FOR AN ORDER GRANTING
THE DEBTOR LEAVE TO RETURN TICKET DEPOSITS**

Upon the motion dated October 28, 2015, of the Chapter 11 debtor, SBTICKETS.COM LLC, seeking an order granting the debtor leave to return ticket deposits, and upon the Declaration of Mark E. Cohen, Esq. attesting to the necessity for relief by Order to Show Cause, and upon due deliberation and good and sufficient cause appearing thereof, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion and the relief requested therein, shall be held before the HONRABLE NANCY HERSHEY LORD, United States Bankruptcy Judge, in Room 2529 of the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 (the "Bankruptcy Court"), on the ___ day of November, 2015 at __:__ _.m. or as soon thereafter as counsel may be heard; and it is further

ORDERED that on or before _____, 2015, the Chapter 11 Debtor shall serve the Motion and a copy of this Order to Show Cause by (a) electronic mail upon the Office of the United States Trustee for the Eastern District of New York, (b) by regular mail upon (i) Michael Stevenson, 3115 Hamlet Drive, Tobyhanna, PA 18466, (ii) Elizabeth Hall, 1644 Monterey Blvd, #3, Hermosa Beach, CA 90254, (iii) Richard Ludwig, 447 Reed Way, Port Hueneme, CA 93041, (iv) Zafer Mehmood, 269 Bennetts Lane, Somerset, NJ 08873, (v) Jackie

Risk, 10 Lyndale Park, Orton Wistow, Peterborough, Eng PE26FE, (vi) Mattias Frank, Traubenweg 168, Darmstadt Germany, 64293, (vii) Kimberly England, 10049 Ranchitos Place, Lakeside, CA 92040, (viii) Kempes Yee Jimenez, 2900 North Old Depot Road, Hidalgo, TX 78557, (ix) Kim Stevens, 32225 Derby Street, Union City, CA 94587, (x) Mohammed Maroof, 119 Walworth Avenue, Scarsdale, NY 10583, (xi) Marguerite Musgnug, 138 S. Taffee Street, Sunnyvale, CA 94086 and (xii) Wesley Winn, 2192 Funston Avenue, San Francisco, CA 94116, and (c) by electronic notification through posting on the Bankruptcy Court's website, www.nveb.uscourts.gov; and such service shall be deemed good and sufficient service and notice of the Motion, this Order to Show Cause, the Hearing, and all proceedings to be had thereon.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                 Case No. 8-12-72524-AST

SBTICKETS.COM LLC                                                       CHAPTER 11

Debtor.
-------------------------------------------------------------X

### MOTION OF SBTICKETS.COM FOR ORDER GRANTING THE DEBTOR LEAVE TO RETURN TICKET DEPOSITS

TO THE HONORABLE NANCY HERSHEY LORD, UNITED STATES BANKRUPTCY JUDGE:

Mark E. Cohen, Esq., as attorney for the Debtor, SBTickets.com LLC (the "Debtor") in the above captioned case, submits this Motion for an Order granting the Debtor leave to return ticket deposits, respectfully sets forth and represents as follows:

1. On May 1, 2015 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its properties as a debtor in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code. No official committee of unsecured creditors has been appointed. No request has been made for the appointment of a trustee or examiner in this chapter 11 case.

2. The Debtor is engaged principally in the business of hospitality and ticket broker services primarily for the Super Bowl and its attendant events.

3. No trustee, examiner or Official Committee of Unsecured Creditors has been appointed in this Chapter 11 Case.

4. Prior to the Petition Date, the Debtor had accepted orders from twelve (12) customers for ticket orders for the 2016 Super Bowl to be held on February 7, 2016 in Santa Clara, California (the "2016 Customers"). The 2016 Customers are listed in the

Debtor's Schedule E, and are the only creditors listed in the Schedule E.  A copy of the Debtor's Schedule E as filed with the Court is annexed hereto as Exhibit "A"

5.  That the money paid by the 2016 Customers is presently held by the Debtor in the debtor-in-possession checking account maintained by the Debtor at TD Bank.  In fact, all of the funds maintained in this checking account represent the deposits paid by the 2016 Customers.

6.  Therefore, to prevent any damage, delay or prejudice to the Debtor and the 2016 Customers, the Debtor is now seeking permission from the Court to return to the 2016 Customers their deposits.  This will hopefully give the 2016 Customers ample time to find an alternative source of tickets for the 2016 Super Bowl, cancel any reservations they may have had for hotels, transportation or otherwise should they elect to not purchase tickets from an alternate source and/or otherwise prevent 2016 Customers from making any reservations or incur any costs for hotels, transportation or otherwise.

7.  It is respectfully requested that this Motion be heard in an expedited manner as the sooner the Debtor is able to return to the 2016 Customers their deposits, the sooner the 2016 Customers can act.  It is important to note that the filing of this Motion by Order to Show Cause was discussed at the status conference held in this Chapter 11 case on October 28, 2015.  This application is being filed immediately thereafter.

8.  That no previous application for the relief requested herein has heretofore been presented.

WHEREFORE, the Debtor respectfully prays that this Court enter an order granting this

motion in all respect, together with such other and further relief as this Court deems just and

proper.

Dated:  Forest Hills, New York
        October 29, 2015

                                             s/*Mark E. Cohen, Esq.*_____
                                             Mark E. Cohen, Esq.
                                             Attorney for the Debtor [MC-7326]
                                             108-18 Queens Boulevard
                                             4th Floor, Suite 3
                                             Forest Hills, New York 11375
                                             Telephone: (718) 258-1500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------

In re:                                                    Case No. 1-15-42036-nhl

SBTICKETS.COM LLC,                        CHAPTER 11

          Debtor.

-------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------

**MOTION OF SBTICKETS.COM FOR ORDER GRANTING THE
DEBTOR LEAVE TO RETURN TICKET DEPOSITS**

-------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------

*MARK E. COHEN, ESQ.*
*Attorney for Chapter 11 Debtor*
*108-18 Queens Boulevard*
*4th Floor, Suite 3*
*Forest Hills, New York 11375*
*Telephone: (718) 258-1500*
*Facsimile: (718) 793-1627*

-------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------